IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01742-WYD-MEH

COBBLER NEVADA, LLC, a California limited liability company,

    Plaintiff,

v.

JOHN DOES 1- 34,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on September 30, 2015 (ECF No. 18), it is

ORDERED that Defendant John Doe 28 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  October 1, 2015

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Senior United States District Judge