IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01742-WYD-MEH

COBBLER NEVADA, LLC, a California limited liability company,

    Plaintiff,

v.

JOHN DOES 1-27, 29-34,

    Defendants.

---

**ORDER**

---

In accordance with Plaintiff's Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on January 13, 2016 (ECF No. 27), it is

ORDERED that Defendant John Does 14, 23, and 25 are **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  January 14, 2016

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior United States District Judge