IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01742-WYD-MEH

COBBLER NEVADA, LLC, a California limited liability company,

    Plaintiff,

v.

JOHN DOES 1-13, 15-22, 24, 26-27, 29-34,

    Defendants.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 33) and Plaintiff's Notice of Dismissal of Case (ECF No. 34) filed on February 15, 2016, it is

ORDERED that Defendant John Doe 5 is **DISMISSED WITH PREJUDICE**.  It is

FURTHER ORDERED that the remaining Defendants and this case are **DISMISSED WITHOUT PREJUDICE**.

Dated:  February 16, 2016

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Senior United States District Judge